IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LORI ALFONSO,

               Plaintiff,               CV-07-1208-ST

    v.                                      ORDER

TRI-STAR SEARCH LLC, *et al.*,

               Defendants.

STEWART, Magistrate Judge:

On August 14, 2009, the court issued an Opinion and Order (docket #130) denying in part (as to attorney fees and expert witness fees) and deferring in part (as to deposition costs) defendants' motion for an award of attorney fees and costs (docket #84). While concluding that defendants were entitled to recover their deposition costs, the court deferred awarding them until defendants provided the court with appropriate documentation. Defendants have now provided that documentation. *See* Third Supplemental Declaration of Paul Rundle (docket #132), ¶ 2 & Ex. 1.

1 - ORDER

After reviewing these documents, the court concludes that the court reporter and transcription fees by defendants were necessarily incurred and are reasonable. Accordingly, defendants' motion (docket #84) is GRANTED as to deposition transcript fees in the sum of $2,899.68.

DATED this 3rd day of September, 2009.

/s/ Janice M. Stewart
Janice M. Stewart
United States Magistrate Judge

2 - ORDER